# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

    Plaintiff,                                    Case No. 3:06-cr-061
                                               Also 3:12-cv-302

                                               District Judge Thomas M. Rose
    -vs-                                        Magistrate Judge Michael R. Merz
                                      :

CHRISTOPHER HUNTER,

    Defendant.

## RECOMMITTAL ORDER

This case is before the Court on Defendant's Objections (ECF No. 291) to the Magistrate Judge's Report and Recommendations on Hunter's Motion for Reconsideration (ECF No. 288).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental opinion analyzing the Objections and making recommendations based on that analysis.

December 29, 2019.                                                   *s/Thomas M. Rose

                                                                           _____

                                                                           Thomas M. Rose
                                                                           United States District Judge