AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Christopher Hunter | Case No: 3:06-CR-061<br>USM No: 44200-061 |
| Date of Original Judgment: 05/03/2007<br>Date of Previous Amended Judgment: 09/09/2015<br>*(Use Date of Last Amended Judgment if Any)* | Laura E. Byrum<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   324   months **is reduced to**   292 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The sentence shall be reduced to 292 months on count 1; 240 months on count 2; and 120 months on count 4. Counts 1, 2, and 4 are to be served concurrently to each other for a total sentence of 292 months.

Except as otherwise provided, all provisions of the judgment dated   05/03/2007   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   1/29/24

                                                                                *Judge's signature*

Effective Date:   02/01/2024
*(if different from order date)*

                                                    Thomas M. Rose, District Judge
                                                             *Printed name and title*